**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 JUL 18  AM 11: 06
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
     DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CAUSE NO.: |
| v. | **INDICTMENT** |
| JORGE LUIS MONSIVAIS, JR.,<br>RUDY GOMEZ,<br>MARCIAL GOMEZ-SANTANA,<br>MARIELA REYNA,<br>JOHANA GOMEZ, | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury; COUNT THREE 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; COUNT FOUR: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv), Illegal Alien Transportation Resulting in Death; COUNT FIVE: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii), Illegal Alien Transportation Resulting in Serious Bodily Injury; COUNT SIX: 8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i), Harboring Illegal Aliens for Private Financial Gain |

**DR18CR1463**

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(ii), (v)(I) & (B)(iv)]

Beginning on or about June 15, 2018, and continuing through on or about June 17, 2018, in the Western District of Texas, and elsewhere, Defendants,

JORGE LUIS MONSIVAIS, JR.,
RUDY GOMEZ,
MARCIAL GOMEZ-SANTANA,
MARIELA REYNA,
JOHANA GOMEZ,

together, and with others known and unknown to the Grand Jury, conspired, combined, and confederated to transport and move, and attempt to transport and move, aliens within the United States by means of transportation and otherwise, while knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I);

During which and in relationship to this offense, Defendants' conduct resulted in the death of persons in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii), (v)(I) & (B)(iii)]

Beginning on or about June 15, 2018, and continuing through on or about June 17, 2018, in the Western District of Texas, and elsewhere, Defendants,

JORGE LUIS MONSIVAIS, JR.,
RUDY GOMEZ,
MARCIAL GOMEZ-SANTANA,
MARIELA REYNA,
JOHANA GOMEZ,

together, and with others known and unknown to the Grand Jury, conspired, combined, and confederated to transport, and attempt to transport and move, aliens within the United States by means of transportation and otherwise, while knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I);

During which and in relationship to this offense, Defendants' conduct caused serious bodily injury to and place in jeopardy the life of one or more persons in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iii).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(iii), (v)(I) & (B)(i)]

Beginning on or about June 15, 2018, and continuing through on or about June 17, 2018, in the Western District of Texas, and elsewhere, Defendants,

> JORGE LUIS MONSIVAIS, JR.,
> RUDY GOMEZ,
> MARCIAL GOMEZ-SANTANA,
> MARIELA REYNA,
> JOHANA GOMEZ,

together, and with others known and unknown to the Grand Jury, conspired, combined, and confederated to conceal, harbor, and shield from detection, and attempt to conceal, harbor and shield from detection, in buildings and other places and by means of transportation, aliens who had come to, entered, and remained in the United States in violation of law, while knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(I) and (B)(i).

## COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv)]

On or about June 17, 2018, in the Western District of Texas, Defendant,

> JORGE LUIS MONSIVAIS, JR.,

knowing and in reckless disregard of the fact that the hereinafter named aliens had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move, in furtherance of such violation of law, certain aliens, to-wit: J.C.R.E., F.R.C., F.E.D., J.M.A.S., and R.R.V., in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and such offense resulted in the death of one or more persons in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

## COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about June 17, 2018, in the Western District of Texas, Defendant,

> JORGE LUIS MONSIVAIS, JR.,

knowing and in reckless disregard of the fact that the hereinafter named aliens had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move, in furtherance of such violation of law, certain aliens, to-wit: G.P., S.R., D.F.G., E.M.A., in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and such offense caused serious bodily injury to and placed in jeopardy the life of one or more persons in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iii).

COUNT SIX
[8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i)]

Beginning on or about June 15, 2018, and continuing through on or about June 17, 2018, in the Western District of Texas, and elsewhere, Defendants,

RUDY GOMEZ,
MARCIAL GOMEZ-SANTANA,
MARIELA REYNA,
JOHANA GOMEZ,

knowing and in reckless disregard of the fact that certain aliens, to-wit: L.A.E., I.E.E., R.E.M., J.S.M., E.T.P., had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection or attempted to conceal, harbor, and shield from detection such alien in a residence located in Eagle Pass, Texas, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (B)(i).

A TRUE BILL



FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
PAUL T. HARLE
AMY M. HAIL
Assistant United States Attorneys

**DR18CR1463**

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>  USAO #: <u>2018R13954</u>

DATE: <u>JULY 18, 2018</u>  MAG. CT. #: <u>DR18-5710M</u>

AUSA: <u>PAUL T. HARLE & AMY M. HAIL</u>

DEFENDANT: <u>JORGE LUIS MONSIVAIS, JR.</u>

CITIZENSHIP: <u>USA</u>

INTERPRETER NEEDED: <u>YES</u>  LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>JOSEPH ANTHONY CORDOVA</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD. STE. A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>  DATE OF ARREST: <u>JUNE 19, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; Count 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy; Count 3: 8 U.S.C. § 1324(a)(1)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; Counts 4-5: 8 U.S.C. § 1324(a)(1)(ii) & (B)(iii), (iv), Illegal Alien Transportation Resulting in Death or Serious Bodily Injury.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>Counts 1 & 4: Maximum of life imprisonment or death; Maximum $250,000 fine; Maximum 5 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Counts 2 & 5: Maximum 20 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution:</u>

18 U.S.C. §§3556, 3663, 3664; Count 3: Maximum 10 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 USC 3556, 3663, 3664.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3

SEALED:

UNSEALED: XX

**DR18CR1463**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>  USAO #: <u>2018R13954</u>

DATE: <u>JULY 18, 2018</u>  MAG. CT. #: <u>DR18-5710M</u>

AUSA: <u>PAUL T. HARLE & AMY M. HAIL</u>

DEFENDANT: <u>RUDY GOMEZ</u>

CITIZENSHIP: <u>USA</u>

INTERPRETER NEEDED: <u>YES</u>  LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>MICHAEL W. MCCRUM</u>

ADDRESS OF ATTORNEY: <u>404 E RAMSEY RD., STE 102, SAN ANTONIO, TEXAS 78216</u>

DEFENDANT IS: <u>DETAINED</u>  DATE OF ARREST: <u>JUNE 19, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; Count 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy; Count 3: 8 U.S.C. § 1324(a)(1)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; Count 6: 8 U.S.C. § 1324(a)(1)(iii) & (B)(i), Harboring Illegal Aliens for Private Financial Gain.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>Count 1: Maximum of life imprisonment or death; Maximum $250,000 fine; Maximum 5 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Count 2: Maximum 20 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Counts 3 & 6: Maximum 10 years of imprisonment; Maximum $250,000</u>

fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 USC 3556, 3663, 3664.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3

**DR18CR1463**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>                           USAO #: <u>2018R13954</u>

DATE: <u>JULY 18, 2018</u>                      MAG. CT. #: <u>DR18-5710M</u>

AUSA: <u>PAUL T. HARLE & AMY M. HAIL</u>

DEFENDANT: <u>MARCIAL GOMEZ-SANTANA</u>

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>NO</u>                   LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>GILBERT VILLARREAL</u>

ADDRESS OF ATTORNEY: <u>1419 FRANKLIN STREET, HOUSTON, TEXAS 77002</u>

DEFENDANT IS: <u>DETAINED</u>                   DATE OF ARREST: <u>JUNE 19, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; Count 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy; Count 3: 8 U.S.C. § 1324(a)(1)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; Count 6: 8 U.S.C. § 1324(a)(1)(iii) & (B)(i), Harboring Illegal Aliens for Private Financial Gain.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>Count 1: Maximum of life imprisonment or death; Maximum $250,000 fine; Maximum 5 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Count 2: Maximum 20 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Counts 3 & 6: Maximum 10 years of imprisonment; Maximum $250,000</u>

fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 USC 3556, 3663, 3664.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR18CR1463

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: DIMMIT                                USAO #: 2018R13954

DATE: JULY 18, 2018                           MAG. CT. #: DR18-5710M

AUSA: PAUL T. HARLE & AMY M. HAIL

DEFENDANT: MARIELA REYNA

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: NO                        LANGUAGE: ENGLISH

DEFENSE ATTORNEY: GREGORY TORRES

ADDRESS OF ATTORNEY: 457 JEFFERSON, EAGLE PASS, TEXAS 78852

DEFENDANT IS: DETAINED                        DATE OF ARREST: JUNE 19, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; Count 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy; Count 3: 8 U.S.C. § 1324(a)(1)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; Count 6: 8 U.S.C. § 1324(a)(1)(iii) & (B)(i), Harboring Illegal Aliens for Private Financial Gain.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Count 1: Maximum of life imprisonment or death; Maximum $250,000 fine; Maximum 5 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Count 2: Maximum 20 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Counts 3 & 6: Maximum 10 years of imprisonment; Maximum $250,000

fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 USC 3556, 3663, 3664.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

DR18CR1463

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>     USAO #: <u>2018R13954</u>

DATE: <u>JULY 18, 2018</u>     MAG. CT. #: <u>DR18-5710M</u>

AUSA: <u>PAUL T. HARLE & AMY M. HAIL</u>

DEFENDANT: <u>JOHANA GOMEZ</u>

CITIZENSHIP: <u>USA</u>

INTERPRETER NEEDED: <u>NO</u>     LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>ROGELIO MARTIN MUNOZ</u>

ADDRESS OF ATTORNEY: <u>231 S. GETTY ST., UVALDE, TEXAS 78801</u>

DEFENDANT IS: <u>DETAINED</u>     DATE OF ARREST: <u>JUNE 19, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; Count 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy; Count 3: 8 U.S.C. § 1324(a)(1)(v)(I) & (B)(i), Conspiracy to Harbor Illegal Aliens; Count 6: 8 U.S.C. § 1324(a)(1)(iii) & (B)(i), Harboring Illegal Aliens for Private Financial Gain.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>Count 1: Maximum of life imprisonment or death; Maximum $250,000 fine; Maximum 5 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Count 2: Maximum 20 years of imprisonment; Maximum $250,000 fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§3556, 3663, 3664; Counts 3 & 6: Maximum 10 years of imprisonment; Maximum $250,000</u>

fine; Maximum 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 USC 3556, 3663, 3664.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3